MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: jbarnier@macbarlaw.com

Attorneys for Trustee
LINDA S. GREEN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PAUL SCHIMMEL,

    Debtor.

Case No. 11-10272
(Chapter 7)

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 9**

On consideration of the Trustee's Request for Default Order Sustaining Trustee's Objection to Claim No. 9 and good cause appearing:

IT IS HEREBY ORDERED that the Trustee's Objection to Claim No. 9 is sustained and the Court disallow the above-referenced claim.

Dated: October 3, 2014

_____
Alan Jaroslovsky
Chief Bankruptcy Judge